Entered on Docket
December 16, 2009

Hon. Linda B. Riegle
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

US Bank National Association, as Trustee for SASCO 2007-WF1
09-74564

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-20131-lbr |
| Jose L. Gonzalez and Norma Gonzalez | Date: 11/17/09<br>Time: 10:30 a.m. |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor US Bank National Association, as Trustee for SASCO 2007-WF1, its assignees.

and/or successors in interest, of the subject property, generally described as 173 Laguna Landing Dri.,

Henderson, NV 89015, and legally described as follows:

Lot Fourteen (14) in Block Fourteen (14) of PALM CANYON UNIT 4-P, as shown by map
thereof on file in Book 67 of Plats, Page 55, in the Office of the County Recorder of Clark
County, Nevada.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1

2          **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

3     **give Debtors at least five business days' notice of the time, place and date of sale.**

4              DATED this _____ day of _____2009

5     Submitted by:

6     **WILDE & ASSOCIATES**

7     By:___/s/Gregory L. Wilde, Esq____
      **Gregory L. Wilde, Esq.**
8     Attorney for Secured Creditor
      208 South Jones Boulevard
9     Las Vegas, Nevada 89107

10    APPROVED / DISAPPROVED

11
      By:_____
12    Herbert Sachs
      819 South Sixth Street
13    Las Vegas, NV 89101
      Attorney for Debtor(s)
14
15    Nevada Bar No:_____

16    APPROVED / DISAPPROVED

17
      By:_____
18    Lenard E Schwartzer
      2850 S. Jones Blvd. #1
19    Las Vegas, NV  89146
      Chapter 7 Trustee
20

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _x_  failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _x_  failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:

 /s/ Gregory L. Wilde. Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor